

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-13-00123-CV

Trial Court Cause
Number:  09-CV-0147

Style:  In re Texas Windstorm Insurance Association

Date motion filed[*]:  February 27, 2013

Type of motion:  Second motion to extend time to file response

Party filing motion:  Real parties in interest

Document to be filed:  Response

Is appeal accelerated? ☒ Yes ☐ No

If motion to extend time:

     Original due date:  March 1, 2013

     Number of previous extensions granted:  1

     Date Requested:  March 8, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  March 8, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Michael Massengale
              ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: February 28, 2013